IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-77-BO

| | |
|---|---|
| PRITIPAL SINGH, | * |
| Plaintiff, | * |
| v. | * STIPULATION AND ORDER FOR |
| | * PAYMENT OF ATTORNEY'S FEES |
| CAROLYN W. COLVIN, | * |
| Acting Commissioner of Social Security, | * |
| Defendant. | * |

IT IS HEREBY STIPULATED and AGREED as follows:

Plaintiff and Defendant agree to an award of attorney's fees to the Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,000.00, to be sent to Plaintiff's counsel, Albert D. Kirby, Jr., at the below address.

Thomas G. Walker
United States Attorney

/s/ Albert D. Kirby, Jr.
Albert D. Kirby, Jr.
The Kirby Law Firm
118 Lisbon Street
P.O. Box 1250
Clinton, North Carolina 29329
Tel. 910-592-4481
albert@kirbylawfirm.com

/s/ Todd J. Lewellen
Todd J. Lewellen
Special Assistant United States Attorney
6401 Security Boulevard, Room 617
Baltimore, Maryland 21235
Tel: 410-965-3309
Fax: 410-597-1435
todd.lewellen@ssa.gov

ORDERED as STIPULATED this __2__ day of __January__, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE