IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-77-BO

PRITIPAL SINGH,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

STIPULATION AND ORDER FOR
PAYMENT OF ATTORNEY'S FEES
UNDER 42 U.S.C. § 406(b)

IT IS HEREBY STIPULATED and AGREED as follows:

Plaintiff and Defendant agree to an award of attorney's fees to Plaintiff's counsel, Albert D. Kirby, Jr., under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of 25 percent of the total of past due benefits to which Plaintiff is entitled, or $6,703.23, to be sent to Plaintiff's counsel, Albert D. Kirby, Jr., at the below address. Because fees under the Equal Access to Justice Act are also being awarded in this case, Plaintiff's counsel must return the award of EAJA fees to Plaintiff pursuant to Pub. L. 99-80, Section 3, 99 Stat. 186.

Thomas G. Walker
United States Attorney

 /s/
Albert D. Kirby, Jr.
The Kirby Law Firm
118 Lisbon Street
P.O. Box 1250
Clinton, North Carolina 29329
Tel. 910-592-4481
albert@kirbylawfirm.com

 /s/
Todd J. Lewellen
Special Assistant United States Attorney
6401 Security Boulevard, Room 617
Baltimore, Maryland 21235
Tel: 410-965-3309
Fax: 410-597-1435
todd.lewellen@ssa.gov

ORDERED as STIPULATED this __2__ day of __January__, 201_5_.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE